

# JUDGMENT

# Court of Appeals

# First District of Texas

NO. 01-15-00665-CV

IN THE INTEREST OF K.S. AND E.S., CHILDREN

Appeal from the 312th District Court of Harris County. (Tr. Ct. No. 2007-50925).

After due consideration, the Court **grants** Virginia Groemminger's motion to dismiss the appeal. Accordingly, the Court **dismisses** the appeal.

The Court **orders** that Virginia Groemminger pay all appellate costs.

The Court **orders** that this decision be certified below for observance.

Judgment rendered October 22, 2015.

Per curiam opinion delivered by panel consisting of Chief Justice Radack and Justices Bland and Huddle.